IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SHEDRED SIMMONS, JR., #1071703 | § |
| | § |
| v. | §   CIVIL ACTION NO. G-03-031 |
| | § |
| DOUG DRETKE, DIRECTOR | § |
| OF TDCJ-CID | § |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on July 26, 2005. Petitioner has not filed Objections, even though he was given ample opportunity to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Shedred Simmons, Jr. (Instrument No. 1) is **DISMISSED** in its entirety.

**DONE** at Galveston, Texas this 8th day of September, 2005.

Samuel B. Kent
United States District Judge