IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SHEDRED SIMMONS, JR., #1071703 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-03-031 |
| | § | |
| DOUG DRETKE, DIRECTOR | § | |
| OF TDCJ-CID | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this

action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 8th day of September, 2005.

_____

Samuel B. Kent
United States District Judge